IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ABEL TENA CALDERON, and HERLINDA TENA GARCIA,

        Plaintiffs,

vs.

LOREN K MILLER, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services, in his official capacity as well as his successors and assigns; ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, in his official capacity as well as his successors and assigns; UR MENDOZA JADDOU, Director, U.S. Citizenship and Immigration Services, in her official capacity as well as her successor and assigns; ANTONY J. BLINKEN, Secretary of State, U.S. Department of State, in his official capacity as well as his successors and assigns; PHILLIP SLATTERY, Director, National Visa Center, U.S. Department of State, in his official capacity as well as his successors and assigns; and RICHARD C. VISEK, Acting Legal Adviser, U.S. Department of State, in his official capacity as well as his successors and assigns;

        Defendants.

4:23CV3069

**ORDER OF DISMISSAL**

    This matter is before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 45). Having reviewed the matter, the Stipulation will be granted.

    **IT IS ORDERED** that this case is dismissed with prejudice.

    Dated this 19th day of August, 2024.

BY THE COURT:

_Susan M Bazis_
Susan M. Bazis
United States District Judge